United States District Court
Southern District of Texas
**ENTERED**
December 09, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JORGE RIVERA SANCHEZ, | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:25-cv-00186 |
| FRANCISCO VENEGAS, et al., | § | |
| "Respondents." | § | |

## ORDER

Before the Court is the parties' "Joint Stipulation of Dismissal" (Dkt. No. 10). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioner's claims against Respondents are **DISMISSED without prejudice**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is **ORDERED** to close this case.

Signed on  December 9, 2025.

_____
Rolando Olvera
United States District Judge

1 / 1